**CONNELL FOLEY LLP**
One Newark Center
1085 Raymond Boulevard, Nineteenth Floor
Newark, New Jersey 07102
(973) 436-5800
*Attorneys for Defendant, Kevin D. Walsh, Acting New Jersey State Comptroller, in his official capacity*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DELAWARE RIVER PORT AUTHORITY,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN D. WALSH, Acting New Jersey State Comptroller, in his official capacity,<br><br>Defendant. | Civil Action No. 3:24-cv-8186<br><br>Hon. Michael A. Shipp, U.S.D.J.<br><br>**NOTICE OF MOTION TO DISMISS THE COMPLAINT UNDER FED. R. CIV. P. 12(b)(1) OR 12(b)(6)**<br><br>Motion Day: November 18, 2024<br><br>**ORAL ARGUMENT REQUESTED** |

TO: Christopher R. Gibson, Esq.
Archer & Greiner, P.C.
1025 Laurel Oak Road
Voorhees, New Jersey 08043
*Attorneys for Plaintiff Delaware River Port Authority*

**PLEASE TAKE NOTICE** that on November 18, 2024, or at such later time and date as the Court determines, the undersigned counsel for Defendant Kevin D. Walsh, the Acting New Jersey State Comptroller, will move before the Honorable Michael A. Shipp, U.S.D.J., at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for an order dismissing Plaintiff Delaware River Port Authority's complaint under Feder Rule of Civil Procedure 12(b)(1) or 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendant relies on the accompanying Memoranda of Law;

**PLEASE TAKE FURTHER NOTICE** that a proposed order has been submitted with this Motion in accordance with Local Civil Rule 7.1(e); and

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested in this matter.

**CONNELL FOLEY LLP**
Attorneys for Defendant,
*Kevin D. Walsh, Acting New Jersey State Comptroller, in his official capacity*

By: s/ John P. Lacey
John P. Lacey, Esq.

Dated: October 21, 2024