CONNELL FOLEY
A TRADITION OF LEGAL EXCELLENCE SINCE 1938

Connell Foley LLP
56 Livingston Avenue
Roseland, New Jersey 07068
P 973.535.0500 F 973.535.9217

**Alexander J. Gacos**
Associate
agacos@connellfoley.com

November 22, 2024

**VIA ELECTRONIC FILING**
Honorable Michael A. Shipp, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building
402 East State Street
Trenton, New Jersey 08608
Court Room 5W

**Re: Delaware River Port Authority v. Kevin D. Walsh**
**Civil Action No. 3:24-cv-8186-MAS-JTQ**

Dear Judge Shipp:

We represent Defendant Kevin D. Walsh, the Acting New Jersey State Comptroller, in this matter. In accordance with Local Civil Rules 7.1(h) and 7.1(d)(5), we write jointly with Plaintiff, Delaware River Port Authority, to respectfully request, ***first***, an extension of the motion days for both Defendant's motion to dismiss (ECF No. 5) and Plaintiff's cross-motion for summary judgment (ECF No. 10), from December 2, 2024, to January 6, 2025; and, ***second***, permission for Plaintiff to file a reply brief in support of its cross-motion.

On October 21, 2024, Defendant moved to dismiss Plaintiff's complaint. (ECF No. 5.) On October 31, Plaintiff obtained an automatic Clerk's extension of the motion day from November 18 to December 2. (ECF entry dated 10/31/24.) Plaintiff then opposed Defendant's motion and cross-moved for summary judgment. (ECF Nos. 9, 10.) Defendant's combined reply brief in support of its motion and in opposition to the cross-motion is currently due November 25.

Considering Plaintiff's recent cross-motion, we respectfully request that the Court adjourn the motion day for both motions one cycle, from December 2, 2024, to January 6, 2024, so that the parties may file their responsive papers in accordance with the following schedule:

- Defendant's response due December 16, 2024
- Plaintiff's reply due December 30, 2024

For case-management purposes, we invite the Court in its discretion to administratively terminate our motion to dismiss, reopen it, and reset it to the new motion day. If counsels' joint request is acceptable, the Court may so order this letter.

Thank you for your consideration of this submission.

Respectfully submitted,

s/ Alexander J. Gacos

Alexander J. Gacos

cc: Christopher R. Gibson, Esq. (via CM/ECF)